UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BENN SORENSEN,

        Plaintiff,

  vs                   6:04-CV-321

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:            OF COUNSEL:

LACKMAN & GORTON         PETER A. GORTON, ESQ.
Attorneys for Plaintiff
1500 East Main Street
P.O. Box 89
Endicott, New York 13761-0089

HON. GLENN T. SUDDABY        WILLIAM H. PEASE, ESQ.
Acting United States Attorney       Assistant U.S. Attorney
 Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

OFFICE OF GENERAL COUNSEL      BARBARA L. SPIVAK, ESQ.
Social Security Administration       Chief Counsel, Region II
26 Federal Plaza            PETER S. KRYNSKI, ESQ.
New York, New York 10278        Assistant Regional Counsel

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Plaintiff, Benn Sorensen, brought this action seeking judicial review pursuant to

42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated

April 5, 2006, the Honorable David E. Peebles, United States Magistrate Judge,

recommended that defendant's motion for judgment on the pleadings be granted, the Commissioner's finding of no disability be affirmed, and that plaintiff's complaint be dismissed in all respects. The plaintiff has timely filed objections to the Report-Recommendation, and the defendant has filed a response to the objections.

Based upon a de novo determination of the portions of the report and recommendations to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. The defendant's motion for judgment on the pleadings is GRANTED;

2. The Commissioner's finding of no disability is AFFIRMED; and

3. Plaintiff's complaint is DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 25, 2006
       Utica, New York.